UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| ALLEN FRED ALTERGOTT, | ) | 3:15-cv-00159-RCJ-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | May 31, 2016 |
| | ) | |
| DR. SENNA, D.D.M., et al., | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

　　Before the court is Plaintiff's Motion to Effect Service on Defendant [Georgia Luce]Pursuant to Rule 4. (ECF No. 35.)  The title of Plaintiff's motion is misleading in that Plaintiff is not asking to effect Rule 4 service. Instead, Plaintiff is asking the court to (1) "direct the clerk of the court to pursue other means of service that includes the assistance of a U.S. Marshal or someone specially appointed by the court to locate Defendant Georgia Luce"; (2) that the clerk contact the Deputy Attorney General...for further contact information"; or (3) "request(s) the court to perform a record search on the named defendant should all other remedies fail." (*Id*., at 3 of 5.)

　　Inasmuch as the address provided by the Office of the Attorney General for defendant Luce under seal is a post office box address (ECF No. 13), the Attorney General's Office shall attempt to obtain the last known physical address of Defendant Georgia Luce and if available file it **under seal.** The court will thereafter order the U.S. Marshal to attempt service of Plaintiff's Complaint upon the defendant. If a physical address is unavailable, the Attorney General's Office shall file a Notice with the court.

　　Plaintiff's motion (ECF No. 35) is **granted in part** and **denied in part** as above stated.

　　IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:   /s/
　　　　　Deputy Clerk